UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| LEA ARELLANO, individually; KARA NOSSARDI, individually; REBECCA OSBORNE, individually; ANN DRUCKER, individually; Karen Drucker as Guardian ad Litem for LOUISA DRUCKER and LORAINA DRUCKER, minors; CAROL DINEEN, individually; ESTATE OF LYNN J. MARSHALL, by and through her Successor in Interest, FRANCIS X. MARSHALL; FRANCIS X. MARSHALL, individually; CHET MARSHALL, individually; and COMEDY MARSHALL, individually;<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>LISA VOGEL, individually; WE WANT THE MUSIC COMPANY dba WWTMC; COOPER TIRE & RUBBER COMPANY; FORD MOTOR COMPANY, INC., and DOES 1 through 100;<br><br>　　　　Defendants. | Case No: 4:10-cv-04534-PJH |

### [proposed] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that the Motions Hearings Set for December 8, 2010 on Defendants' Motions to Dismiss or Transfer are hereby VACATED and RESET for hearing on December 15, 2010, on which day they will be heard AFTER Plaintiffs' Motion to Remand also set for hearing on December 15, 2010.

Dated: 11/16/10

_____
PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Phyllis J. Hamilton